778

Charles B. COLE, Appellant, v. George V. AYLWARD, Jr., Trustee in Bankruptcy of Charley Cole Appliance Company, Inc., a Corporation, Bankrupt.

No. 14856.

United States Court of Appeals
Eighth Circuit.

Oct. 28, 1953.

Phineas Rosenberg and Howard F. Sachs, Kansas City, Mo., for appellant.

W. Arnold Brannock and Thomas D. Circle, Kansas City, Mo., for appellee.

PER CURIAM.

Cause dismissed with prejudice at costs of appellant, on stipulation of parties.

John L. FERRELL v. NATIONAL GYPSUM COMPANY, a foreign corporation, and Hartford Accident & Indemnity Company, a foreign insurance corporation.

No. 4725.

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1953.

Pete Farabi and J. P. Gendusa, Pittsburg, Kan., for appellant.

Hudson & Hudson, Fort Scott, Kan., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

Albert J. FLEMING, Appellant,
v.
UNITED STATES of America.

No. 14843.

United States Court of Appeals
Eighth Circuit.

Oct. 7, 1953.

Dorsey, Colman, Barker, Scott & Barber, Minneapolis, Minn., Curtis L. Roy, Henry Halladay, Minneapolis, Minn., and Felhaber & Larson, St. Paul, Minn., for appellant.

Edward P. Hodges, Acting Asst. Atty. Gen., and George E. MacKinnon, U. S. Atty., Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

Roe GILLESPIE
v.
ABEGG & REINHOLD COMPANY, Limited.

No. 4751.

United States Court of Appeals
Tenth Circuit.

Oct. 5, 1953.

P. H. Winn, Oklahoma City, Okl., for appellant.

Kerr, Lambert, Conn & Roberts, Ada, Okl., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute.